**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1134**

DEREK N. JARVIS,

        Plaintiff - Appellant,

    v.

SHELL SERVICE CENTER; OLD TOWNE CIRCLE, LLC,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, District Judge.  (1:18-cv-01289-AJT-MSN)

Submitted:  September 22, 2020          Decided:  September 24, 2020

Before NIEMEYER, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derek N. Jarvis, Appellant Pro Se.  James Thomas Bacon, ALLRED, BACON, HALFHILL & YOUNG, PC, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis appeals the district court's order denying as moot his motion to strike the Defendant's motion to dismiss Jarvis' civil rights complaint. We have reviewed the record and find no reversible error. *Jarvis v. Shell Serv. Ctr.*, No. 1:18-cv-01289-AJT-MSN (E.D. Va. Jan. 27, 2020). We deny Defendant's motion to dismiss the appeal as untimely and Jarvis' motion for a default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*